UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darius Montea Howard**   Docket No. 7:11-CR-161-3BO

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darius Montea Howard, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1951 & 2, Interfere with Commerce by Robbery and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on September 19, 2012, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Darius Montea Howard was released from custody on September 13, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 16, 2018, Howard submitted to urine testing and result was positive for marijuana. He admitted to smoking marijuana soon after his release to supervision. He has a long history of substance abuse and would benefit from drug treatment. As such, we recommend the court continue supervision but impose a condition requiring the defendant to participate in drug aftercare and a regular drug testing program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-679-2046<br>Executed On: November 1, 2018 |

## ORDER OF THE COURT

Considered and ordered this ___2___ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
Chief United States District Judge